UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>      Plaintiff,<br><br>-against-<br><br>FRANKLIN WOMEN'S SHELTER, ET AL.,<br><br>      Defendants. | 25 CIVIL 4013 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 29, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 5, 2025
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge